ORIGINAL

Priority Send ✗
Enter ✗
Closed ✗
JS-5/JS-6 ✗
JS-2/JS-3 __
Scan Only __



FILED
CLERK US DISTRICT COURT
MAR 29 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| MAUREEN MARDER, | CV 03-08226 TJH (CTx) |
| Plaintiff, | |
| v. | |
| JENNIFER LOPEZ, et al., | Order |
| Defendants. | |
| | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

The Court has considered Defendants' motions to dismiss, together with the moving and opposing papers.

It is Ordered that the motions be, and hereby are, Granted, with prejudice.

Date:   March 23, 2004



ENTERED
CLERK, U.S. DISTRICT COURT
MAR 30 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Terry J. Hatter, Jr.
United States District Judge

37